An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADVANCED CLIENT SOLUTIONS, LLC, A NEVADA LIMITED LIABILITY COMPANY; KENNETH KESTENBAUM, INDIVIDUAL; AND PAUL CONSTANTINOU, INDIVIDUAL,
Appellants,
vs.
MARQUIS AURBACH COFFING, P.C., A NEVADA PROFESSIONAL CORPORATION; AND MARY J. DRURY, AN INDIVIDUAL,
Respondents.

No. 64301

**FILED**

JUN 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Harriet Cummings_

cc: Hon. Susan Scann, District Judge
Nathaniel J. Reed, Settlement Judge
John Peter Lee Ltd.
Lipson Neilson Cole Seltzer & Garin, P.C.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-19477